IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Edmondson, Bridget R

Printed: 9/23/08

Case Number: 04 B 34929
Judge: Goldgar, A. Benjamin
Filed: 9/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,503.88 |  |
| Secured: |  | 10,040.59 |
| Unsecured: |  | 1,029.48 |
| Priority: |  | 3,696.09 |
| Administrative: |  | 2,304.40 |
| Trustee Fee: |  | 943.90 |
| Other Funds: |  | 1,489.42 |
| Totals: | 19,503.88 | 19,503.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,304.40 | 2,304.40 |
| 2. | Capital One Auto Finance | Secured | 10,040.59 | 10,040.59 |
| 3. | Internal Revenue Service | Priority | 3,696.09 | 3,696.09 |
| 4. | Verizon Wireless | Unsecured | 133.20 | 133.20 |
| 5. | Jefferson Capital | Unsecured | 193.49 | 193.49 |
| 6. | Capital One | Unsecured | 45.25 | 45.25 |
| 7. | Nicor Gas | Unsecured | 41.93 | 41.93 |
| 8. | Internal Revenue Service | Unsecured | 124.89 | 124.89 |
| 9. | Capital One | Unsecured | 81.43 | 81.43 |
| 10. | Capital One Auto Finance | Unsecured | 409.29 | 409.29 |
| 11. | Atlantic Management Corp | Unsecured |  | No Claim Filed |
| 12. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | LaSalle Talman Bank | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,070.56 | $ 17,070.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 149.52 |
| 4% | 59.40 |
| 3% | 36.34 |
| 5.5% | 197.23 |
| 5% | 66.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Edmondson, Bridget R

Printed:  9/23/08

Case Number:  04 B 34929
Judge:  Goldgar, A. Benjamin
Filed:  9/21/04

|  |  |
|---|---|
| 4.8% | 117.78 |
| 5.4% | 317.55 |
|  | _____ |
|  | $ 943.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____